| | | |
|---|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR BALTIMORE |
| v. | * | CITY |
| SPARROWS POINT LLC | * | CASE NO.: 24-C-13-006070 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## TEMPORARY RESTRAINING ORDER

Upon consideration of the foregoing Motion for Temporary Restraining Order and Preliminary Injunctive Relief, Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief, accompanying Affidavits of Mr. Alfred H. Foxx, Director the Baltimore City Department of Public Works, and Mr. Nick Frankos, Plant Manager of the Back River Wastewater Treatment Plant, and any and all responses thereto, the Court having found that the City will suffer immediate and irreparable harm if the Temporary Restraining Order is not issued in that the City will be unable to comply with the terms and conditions of its National Pollutant Discharge Elimination System ("NPDES") Permit, No. MD0021555 for the Back River Wastewater Treatment Plant ("Back River NPDES Permit") and will be subject to adverse effects resulting from the violation of its permit. The Court, having found that the harm to the City will be irreparable and is not susceptible to monetary compensation, it is this _____ day of October, 2013 at 4:00 am/pm by the Circuit Court for Baltimore City, Maryland:

ORDERED that Defendant Sparrows Point LLC is enjoined from disrupting the discharge of a maximum of 40 million gallons per day ("mgd") of treated effluent from Back

River Wastewater Treatment Plant through Outfall 002 and into and through the Sparrows Point facility;

ORDERED that Defendant Sparrows Point LLC must continue to perform under the renewed Interim License Agreement pending a Preliminary Injunction hearing;

ORDERED that this Temporary Restraining Order, unless extended by further court order, shall expire within thirty-five (35) days after issuance, or the ____ day of _____, 2013 at _____ am/pm, for Defendant Sparrows Point LLC as a nonresident of Maryland; and it is further

ORDERED that a party or any person affected by this Order may apply for a modification or dissolution of this Order on two days' notice, or on such shorter notice as the Court may prescribe, to the party who obtained this Order; and it is further

ORDERED that bond requirements shall be waived because the City is a political subdivision of the State of Maryland and therefore not required to post a bond. The City will continue to comply with the terms and conditions of the Interim License Agreement during the pendency of the injunction, including payment of $80,000 per month to Defendant as consideration for the continued acceptance and management of up to 40 mgd of the City's treated effluent from the Back River Wastewater Treatment Plant.

SYLVESTER B. COX
Judge's signature appears
on original document.
re City

cc: All Parties

TRUE COPY
TEST

FRANK M. CONAWAY, CLERK

CIRCUIT COURT FOR BALTIMORE CITY 1983

7084214-v7