

Gerard P. Martin
Direct Dial Number: (410) 547-8764
gmartin@rosenbergmartin.com

July 8, 2014

VIA ECF

The Honorable James K. Bredar
United States District Judge
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re: Mayor and City Council of Baltimore v.
> Sparrows Point, LLC
> Case No.: 1:13-cv-03221-JKB

Dear Judge Bredar:

I write on behalf of all parties with regard to the upcoming hearing on the Motion for Preliminary Injunction and Temporary Restraining Order in the captioned case. I am counsel for the Defendant, and Mr. Schatzow, who is counsel for the Plaintiff, has reviewed and approved this letter, and authorized me to send it to the Court on behalf of all parties. Following your request that we inform you whether we would be available on July 30, 2014 for the Preliminary Injunction hearing, Mr. Schatzow and I discussed the matter with each other and with our clients. In the last 90 days the Defendant, Sparrows Point has agreed to sell its interest in the subject properties to Hilco, Inc., and Hilco has just agreed to an arrangement with a local investment group to sell a significant percentage of its ownership to them. Together, Hilco and its partner will be negotiating with the City of Baltimore to reach a solution to the problems that led to this action.

All of the parties to the deals necessary to resolve these litigation issues, need time to close on the property transfers and reach agreement on the solution to the existing water problems. To that end, Sparrows Point and the city of Baltimore request the following:

> (1) That the Court postpone the hearing on the Motion for Preliminary Injunction currently scheduled for July 31, 2014 at 10:00 a.m., to sometime during the week of October 6, 2014. The extended length of time requested will afford the Plaintiff, the Defendant, and the other interested parties with further opportunity to negotiate a long term solution to the problems that the parties are attempting to resolve.

> (2) That the Court issue an Order extending the currently existing Temporary Restraining Order, by agreement of the parties, to the day

The Honorable James K. Bredar
July 8, 2014
Page 2

    following the conclusion of the hearing on the Motion for Preliminary Injunction and include in that Order a provision that the City shall continue to pay $105,000.00 per month to Sparrows Point LLC until the expiration of the Restraining Order.

    Thank you very much for your consideration of this request.

                                   Respectfully submitted,

                                          /s/

                                   Gerard P. Martin

GPM/laa

cc:    Michael Schatzow, Esquire (via e-mail (ECF))
        George Nilson, Esquire (via e-mail (ECF))
        Thomas Lingan, Esquire (via e-mail)

4842-5318-1980, v. 1